UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LOWYLESS GLASPER       *    CIVIL ACTION NO. 2:20-cv-02416
                           *
          Plaintiff        *
                           *    JUDGE: WENDY B. VITTER
VERSUS                    *
                           *
SOUTHERN FIDELITY INSURANCE     *  MAGISTRATE JUDGE: KAREN WELLS ROBY
COMPANY                 *
                           *
          Defendant     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO COMPEL APPRAISAL, APPOINT UMPIRE, AND STAY LITIGATION PENDING COMPLETION OF APPRAISAL

**NOW INTO COURT**, through undersigned counsel, comes Southern Fidelity Insurance Company (hereinafter "SFIC"), who files this Motion to Compel Appraisal, Appoint Umpire, and Stay Litigation Pending Completion of Appraisal. Plaintiff, Lowyless Glasper (hereinafter "Plaintiff), and SFIC have agreed to participate in the appraisal process contained within the SFIC Policy. Importantly, this appraisal provision is designed to resolve the disagreement between the parties as to the extent and value of the damages sustained by Plaintiff and allegedly covered under the SFIC Policy. Therefore, SFIC seeks an Order from this Honorable Court compelling the parties to fully and completely submit to appraisal on all coverages as required by the express terms of the SFIC Policy, for the reasons set forth more fully in the attached Memorandum in Support. Further, as the appraisers have been unable to confirm an umpire within the allotted time frame, SFIC requests this Court issue an Order selecting same. Finally, SFIC requests an Order staying this litigation pending resolution of the appraisal.

**WHEREFORE,** for the reasons set forth in the accompanying Memorandum in Support, SFIC respectfully requests this Honorable Court grant this Motion to Compel Appraisal, Appoint Umpire, and Stay Litigation Pending Completion of Appraisal and prays this Honorable Court:

(1)    issue an Order requiring both parties to submit to appraisal on all coverages as set forth in the SFIC Policy;

(2)    issue an Order appointing an umpire for appraisal;

(3)    issue an Order staying the suit filed by Plaintiff against SFIC pending completion of appraisal; and

(4)    such other and further general and equitable relief to which SFIC may be justly entitled.

Respectfully submitted:

*/s/ Matthew D. Monson*
**MATTHEW D. MONSON (25186)**
**KEVIN P. RICHE (31939)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**THE MONSON LAW FIRM, LLC**
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone:     (985) 778-0678
Facsimile:     (985) 778-0682
***Counsel for Defendant,***
***Southern Fidelity Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Eastern District of Louisiana, this 16th day of November, 2020.

*/s/ Matthew D. Monson*

- 2 -